# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:15-cv-00175-RJC

| | |
|---|---|
| JOHN MOWERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on Defendant's Motion for Remand to the Commissioner. (Doc. No. 13). Under sentence four of 42 U.S.C. § 405(g), "[t]he court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." See also Shalala v. Schaefer, 509 U.S. 292, 296–97 (1993); Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991).

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's request to remand this action for further administrative proceedings, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings, including a supplemental hearing, for the closed period of May 16, 2011, through June 13, 2015.

Upon remand, the Administrative Law Judge shall hold a supplemental hearing; assess

the nature and severity of the claimant's impairments; determine whether the severity of the claimant's conditions meets or equals the requirements of a Listing; assess and explain the limitations that could reasonably have resulted from the claimant's impairments; obtain further vocational expert testimony; and issue a new decision.

Because this matter is hereby remanded to the Commissioner, Plaintiff's Motion for Summary Judgment, (Doc. No. 10), is moot and shall be dismissed.

**IT IS, THEREFORE, ORDERED** that, for good cause shown:

1. Defendant's Motion for Remand to the Commissioner, (Doc. No. 13), is **GRANTED**. The Court hereby **REVERSES** the decision of the Commissioner and **REMANDS** this case for further administrative proceedings.

2. Plaintiff's Motion for Summary Judgment, (Doc. No. 10), is **DISMISSED as moot**.

3. The Clerk of Court is directed to enter a separate judgment pursuant to Federal Rule of Civil Procedure 58 and to close this case.

Signed: May 9, 2016

Robert J. Conrad, Jr.
United States District Judge